**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: A.V.C., A MINOR | : | No. 64 WM 2023 |
| | : | |
| | : | |
| PETITION OF: E.L.E., MOTHER | : | |
| | | |
| IN RE: S.B.W.,A MINOR | : | No. 65 WM 2023 |
| | : | |
| | : | |
| PETITION OF: E.L.E., MOTHER | : | |
| | | |
| IN RE: M.E.C., A MINOR | : | No. 66 WM 2023 |
| | : | |
| | : | |
| PETITION OF: E.L.E., MOTHER | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 11th day of December, 2023, the "Petition to Allow Appeal/Appeal *Nunc Pro Tunc*" is DENIED.